AO91 (Rev. 10/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

**SOUTHERN** DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**Edmundo Genaro Lozano Rendon**<br>a/k/a<br>Edgar Jorge Villagran | **CRIMINAL COMPLAINT**<br><br>Case Number: 5:12-MJ-308 |

I, the undersigned complainant, state that the following is true and correct to the best of my knowledge and belief. On or about **June 9, 2009** at **U.S. Consulate** in Matamoros, MX defendant(s) did,

(1) Willfully and knowingly make a false statement in an application for passport with the intent to induce or secure the issuance of a passport under the authority of the United States, either for his own use or the use of another; and, (2) did falsely and willfully represent himself to be a citizen of the United States

in violation of Title **18** United States Code, Section(s) **1542, 911**.

I further state that I am a(n) **Special Agent** and that this complaint is based on the facts related in the affidavit attached hereto and made a part of this complaint.

(See Affidavit)

Signature of Complainant

Marco Rico
Printed Name of Complainant

Sworn to before me and signed in my presence,

March 13, 2012      At      Laredo, Texas
Date                                                           City and State

DIANA SONG QUIROGA
Name and Title of Judicial Officer                          Signature of Judicial Officer

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

1. I, Marco Rico, being duly sworn, do hereby depose and state that I am a Special Agent with the U.S. Department of State, Diplomatic Security Service (DSS), currently assigned to the Houston Field Office. My duties include conducting investigations of federal offenses, including passport fraud, visa fraud, and identity theft and fraud. I completed the Diplomatic Security Training Center's Basic Special Agent course and the Federal Law Enforcement Training Center's Criminal Investigators Training Program where I received specialized training in conducting investigations of such offenses.

2. This affidavit is filed in support of a criminal complaint charging Edmundo Genaro Lozano Rendon (AKA Edgar Jorge Villagran; hereafter referred to as SUBJECT) with violating Title 18, United States Code, Sections 1542 (Passport Fraud) and 911 (False Claim to U.S. Citizenship.)

3. This affidavit is based on information obtained from law enforcement and government personnel, and my examination of various reports, documents, records, and computer databases. Unless otherwise indicated, when the contents of a document or an individual's statement are reported herein, they are reported in substance and part and are not intended to be a verbatim recitation of the document or statement. Because this affidavit is being submitted for the limited purpose of establishing probable cause to support the issuance of an arrest warrant, it does not include all of the facts known to me or other government personnel.

4. According to U.S. Department of State (DOS) passport regulations (contained at 22 CFT part 51), a passport applicant is required to submit a passport application and to truthfully answer

all questions and state every material matter of fact pertaining to his or her eligibility for a passport. All information and evidence submitted in connection with a passport application is considered part of the applications.

5. According to government records, SUBJECT, on 06/09/2009, executed an application for U.S. Passport ▇▇▇▇▇▇ at the U.S. Consulate in Matamoros, Mexico. As proof of identity, SUBJECT presented TX Driver License ▇▇▇▇▇ in the name of Edgar Jorge Villagran, and as proof of citizenship, submitted TX Birth Certificate in the name Edgar Jorge Villagran with a local file date of 10/06/1961, and an issuance date of 09/12/2007. On 06/10/2009, U.S. Passport Card ▇▇▇▇▇ and U.S. Passport Book ▇▇▇▇▇ were issued in the name of Edgar Jorge Villagran.

6. On 02/14/2012, SUBJECT was arrested by the U.S. Marshal Service in McAllen, TX. At the time of arrest, SUBJECT was in possession of a TX DL in the name of Edgar Jorge Villagran. During initial questioning with law enforcement officers, SUBJECT admitted to being Edmundo Lozano Rendon. SUBJECT was fingerprinted at the Hidalgo Port of Entry on 02/14/2012, which resulted in a match to a wanted record for Edmundo Lozano Rendon, ▇▇▇▇▇▇, D.F., Mexico. *SUBJ was under a LPR status and then voluntarily gave up his status upon conviction of wire fraud charges.* [initialed] MMR 3/13/201

7. On 02/21/2012, DSS Agents interviewed Gil Villagran in Laredo, TX. TX Birth and Vital Statistics records reported Gil Villagran to be the biological brother of Edgar Jorge Villagran. Gil Villagran stated his brother, Edgar Jorge Villagran, died on 12/10/1967 in Nuevo Laredo, MX. Gil Villagran identified the individual in the photographs on TX DL ▇▇▇▇▇ and Application for U.S. Passport ▇▇▇▇▇ as Edmundo Lozano Rendon, a long-time family friend of the Villagran family.

8. On 02/23/2012, a search of border crossing records indicated U.S. Passport Card ██████ had been presented at U.S. Ports of Entry in Hidalgo County, TX and Cameron County, TX to gain entry to the U.S. on or about 198 instances from 07/21/2009 to 02/14/2012.

9. Based on the foregoing information, there is probable cause to believe that on or about 06/09/2009, at the U.S. Consulate in Matamoros, MX, Edmundo Genaro Lozano Rendon, AKA Edgar Jorge Villagran (SUBJECT), willfully and knowingly made a false statement in an application for a passport in violation of 18 U.S.C. Section 1542, and that in doing so, did falsely and willfully represent himself to be a citizen of the United States in violation of 18 U.S.C. Section 911. Also, between the dates of 07/21/2009 and 02/14/2012, SUBJECT, willfully and knowingly used a passport to enter the United States on or about 198 instances, the issue of which was secured by way of a false statement in violation of 18 U.S.C. Section 1542.

10. On 02/29/2012, the case was presented to Assistant United States Attorney Josh Ackerman. The case was accepted for prosecution.

_____
Marco Rico, Special Agent
U.S. Department of State
Diplomatic Security Service

Subscribed and sworn to before me at Laredo, Texas on this 13th day of March, 2012

(NAME) DIANA SONG QUIROGA
UNITED STATED MAGISTRATE JUDGE